■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RIVERA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered February 23, 1983, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RODRIQUEZ, Also Known as ANTHONY MARQUEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered June 17, 1981, convicting him of robbery in the first degree and assault in the second degree, upon a jury verdict, and imposing sentence. ¶ Judgment affirmed. ¶ We have examined the record, including the minutes of the pretrial hearing, and find that there are no meritorious issues that could be raised. Titone, J. P., Thompson, Bracken and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WILLIAMS, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Stroebel, J.), rendered June 22, 1982, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD BOVIAN, Appellant, v SALLY B. JOHNSON, as Superintendent of Queensborough Correctional Facility, et al., Respondents. — In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Queens County (Rotker, J.), dated May 31, 1983, which dismissed the petition. ¶ Appeal dismissed, without costs or disbursements. ¶ Petitioner has been released from custody and, therefore, is not entitled to the extraordinary writ of habeas corpus (*People ex rel. Julio v Walters,* 58 NY2d 881). Titone, J. P., Thompson, Bracken and O'Connor, JJ., concur.